# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

PEN AMERICAN CENTER, INC.

                          Plaintiff,

-v-

DONALD J. TRUMP, in his official capacity as President of the United States

                          Defendant.

Case No. 18-cv-9433

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PEN American Center, Inc. (PEN America) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None. PEN American Center. Inc. (PEN America) has no publicly held affiliates.

Date: October 16, 2018

*[signature: Kristy Parker]*

**Signature of Attorney**

**Attorney Bar Code:** n/a