UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEN AMERICAN CENTER, INC.
                           Plaintiff,

- against -

DONALD J. TRUMP, in his official capacity
as President of the United States,
                           Defendant.

18 Civ. 9433 (    )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Kristy Parker__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __PEN American Center, Inc.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 16, 2018

Respectfully Submitted,

Applicant Signature: _/s/ Kristy Parker_
Applicant's Name: __Kristy Parker__
Firm Name: __Protect Democracy Project, Inc.__
Address: __2020 Pennsylvania Avenue NW, #163__
City/State/Zip: __Washington, D.C. 20006__
Telephone/Fax: __T: (202) 424-9906 / F: (929) 777-8428__
Email: __kristy.parker@protectdemocracy.org__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PEN AMERICAN CENTER, INC.
                              Plaintiff,

    - against -

DONALD J. TRUMP, in his official capacity
as President of the United States,
                             Defendant.

_____

_18_ Civ. __9433__ (_____)

**DECLARATION OF
KRISTY PARKER IN
SUPPORT OF MOTION
FOR ADMISSION
*PRO HAC VICE***

I, Kristy Parker, hereby affirm and state as follows:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me in any state or federal court.

6. I respectfully request that I be permitted to appear as counsel *pro hac vice* in the above-captioned case for Plaintiff PEN American Center, Inc.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated: October 16, 2018

Respectfully Submitted,

_____
Kristy Parker
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, Suite #163
Washington, DC 20006
Telephone: (202) 424-9906
Facsimile: (929) 777-8428
kristy.parker@protectdemocracy.org



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kristy L Parker*

was duly qualified and admitted on **March 9, 2018** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 3, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEN AMERICAN CENTER, INC.
                        Plaintiff,

      -against-

DONALD J. TRUMP, in his official capacity
as President of the United States,
                       Defendant.

18 cv 9433 (    )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of **Kristy Parker**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **the District of Columbia**; and that his/her contact information is as follows (please print):

    Applicant's Name: **Kristy Parker**

    Firm Name: **Protect Democracy Project, Inc.**

    Address: **2020 Pennsylvania Avenue, NW, Suite #163**

    City / State / Zip: **Washington, DC 20006**

    Telephone / Fax: **T: (202) 424-9906 / F: (929) 777-8428**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **PEN American Center, Inc.** in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge