# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PEN American Center, Inc.<br>*Plaintiff*<br>v.<br>Donald J. Trump, in his official capacity as President<br>*Defendant* | Case No. 18-cv-9433 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff PEN American Center, Inc.

Date: 10/16/2018

*Attorney's signature*

John Langford (JL2367)
*Printed name and bar number*

Media Freedom & Information Access Clinic
Floyd Abrams Institute for Freedom of Expression
Yale Law School
P.O. Box 208215
New Haven, CT 06520
*Address*

john.langford@yale.edu I mfia_clinic_filings@mailman.yale.edu
*E-mail address*

(203) 436-5831
*Telephone number*

(203) 432-3034
*FAX number*