AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PEN American Center, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-09433 |
| Donald J. Trump, in his official capacity as President of the United States | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff PEN American Center, Inc.


Date:   10/16/2018                                    s/ David A. Schulz
                                                           *Attorney's signature*

                                                   David A. Schulz (DS-3180)
                                                     *Printed name and bar number*
                                          Media Freedom and Information Acces Clinic
                                          Floyd Abrams Institute for Freedom of Expression
                                          Yale Law School, 1675 Broadway, 19th Floor, NY, NY 10019-5820
                                                             *Address*

                                                    david.schulz@yale.edu
                                                         *E-mail address*

                                                       (212) 850-6103
                                                        *Telephone number*

                                                       (212) 223-1942
                                                          *FAX number*