AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PEN American Center, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-09433-JGS |
| Donald J. Trump, in his official capacity | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff PEN American Center, Inc.                                                                     .

Date:   10/25/2018

/s/ Steven A. Hirsch
*Attorney's signature*

Steven A. Hirsch (SH8188)
*Printed name and bar number*

633 Battery Street
San Francisco, CA 94111-1809
*Address*

sahirsch2@gmail.com
*E-mail address*

(415) 676-2286
*Telephone number*

*FAX number*