AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PEN American Center, Inc. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:18-cv-09433-LGS |
| Donald J. Trump, in his official capacity ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff PEN American Center, Inc.

Date:   10/25/2018

*/s/ Ian Bassin*
*Attorney's signature*

Ian Bassin (IB2417)
*Printed name and bar number*

The Protect Democracy Project, Inc.
222 Broadway, 19th Floor
New York, NY 10038
*Address*

ian.bassin@protectdemocracy.org
*E-mail address*

(202) 599-0466
*Telephone number*

(929) 777-8428
*FAX number*