AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-09433-LGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DONALD J. TRUMP, in his official capacity as President of the United States

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served by certified mail the summons and complaint in the above-captioned case:
(1) Donald J. Trump, The White House, 1600 Pennsylvania Avenue, NW, Washington, DC 20500;
(2) Civil Process Clerk, U.S. Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007; and
(3) Jeff Sessions, Attorney General, Dep't of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **October 30, 2018**

*Server's signature*

Sonya R. Petri, Paralegal
*Printed name and title*

**The Protect Democracy Project, Inc.**
10 Ware Street
Cambridge, MA 02138
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |



# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70170530000086850518

Remove ✕

**Expected Delivery on**

**TUESDAY**
**23** OCTOBER
2018 ⓘ

See Product Information ⌄

## ✓ Delivered

October 23, 2018 at 3:45 am
Delivered, To Agent
WASHINGTON, DC 20500

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70170530000086850525

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:50 pm on October 22, 2018 in NEW YORK, NY 10007.

## ✓ Delivered

October 22, 2018 at 2:50 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70170530000086850495

Remove ✕

Your item was delivered at 5:52 am on October 23, 2018 in WASHINGTON, DC 20530.

## ✓ Delivered

October 23, 2018 at 5:52 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**