AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PEN American Center, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-09433-LGS |
| Donald J. Trump, in his official capacity | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff PEN American Center, Inc.

Date: 10/30/2018

*/s/ Laurence M. Schwartztol*
*Attorney's signature*

Laurence M. Schwartztol (LS-1978)
*Printed name and bar number*

The Protect Democracy Project, Inc.
10 Ware Street
Cambridge, MA 02138
*Address*

larry.schwartztol@protectdemocracy.org
*E-mail address*

(202) 945-2092
*Telephone number*

(929) 777-8428
*FAX number*