AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PEN American Center, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-9433 (LGS) |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Donald J. Trump, in his official capacity as President of the United States.

Date: 11/13/2018

/s/ Steven John Kochevar
*Attorney's signature*

Steven John Kochevar SK0188
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

steven.kochevar@usdoj.gov
*E-mail address*

(212) 637-2715
*Telephone number*

(212) 637-2717
*FAX number*