UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| PEN AMERICAN CENTER, INC. | ) | |
| Plaintiff, | ) | 18 Civ. 9433 (LGS) |
| v. | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, | ) | |
| Defendant. | ) | |

---

NOTICE OF SERVICE

Pursuant to the Court's Order dated October 25, 2018 (ECF No. 12), I hereby certify that I have notified all other parties in this action by serving upon each of them a copy of the Order and the Court's Individual Rules of Practice in Civil Cases (available at http://nysd.uscourts.gov/judge/Schofield). Proof of service is attached hereto as Exhibit A.

Date: November 20, 2018

Respectfully submitted,

By: /s/ Kristy Parker
Kristy Parker (admitted *pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue., NW, #163
Washington, DC 20006
Telephone: (202) 849-9307
Facsimile: (929) 777-8428
kristy.parker@protectdemocracy.org



ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE AREA…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70171450000130614082

Your item has been delivered to an agent at 4:02 am on November 5, 2018 in WASHINGTON, DC 20500.

## ✓ Delivered

November 5, 2018 at 4:02 am
Delivered, To Agent
WASHINGTON, DC 20500

Feedback

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70171450000130614099

**Expected Delivery by**

**MONDAY**

**29** OCTOBER 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

October 29, 2018 at 1:43 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

Get Updates ∨

See More ∨

Tracking Number: 70171450000130614105                                    Remove ✕

Your item was delivered at 4:33 am on November 5, 2018 in WASHINGTON, DC 20530.

## ✓ Delivered

November 5, 2018 at 4:33 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ∨

Feedback

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**