USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2018



November 20, 2018

**Via ECF**

The Honorable Judge Lorna G. Schofield
United States District Court for the Southern District of New York
Courtroom 1106
40 Centre Street
New York, NY 10007

    Re:    *PEN American Center, Inc. v. Trump*, No. 18-cv-09433-LGS

Dear Judge Schofield,

    Pursuant to the Court's Individual Rules and Procedures, and with consent of Defendant in the above-referenced action, Plaintiff writes to respectfully request that the Court adjourn the initial pretrial conference, currently scheduled for December 11, 2018, until the week of January 7, 2019, or another date thereafter that is convenient for the Court.

    No prior extensions have been sought in this action and no other scheduled dates will be affected if the proposed adjournment is granted.

    Respectfully submitted,

    *Kristy Parker*

    Kristy Parker

Cc:    All Counsel of Record (via ECF and email)

Plaintiff shall file a letter by November 27, 2018, stating why the parties seek to adjourn the initial pretrial conference.
Dated: November 20, 2018
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**