



November 20, 2018

**Via ECF**

The Honorable Judge Lorna G. Schofield
United States District Court for the Southern District of New York
Courtroom 1106
40 Centre Street
New York, NY 10007

    Re:    *PEN American Center, Inc. v. Trump*, No. 18-cv-09433-LGS

Dear Judge Schofield,

    Pursuant to the Court's Individual Rules and Procedures, and with consent of Defendant in the above-referenced action, Plaintiff writes to respectfully request that the Court adjourn the initial pretrial conference, currently scheduled for December 11, 2018, until the week of January 7, 2019, or another date thereafter that is convenient for the Court.

    No prior extensions have been sought in this action and no other scheduled dates will be affected if the proposed adjournment is granted.

    Respectfully submitted,

    Kristy Parker

Cc:    All Counsel of Record (via ECF and email)

The Protect Democracy Project
2020 Pennsylvania Ave NW, #
Washington, DC 20006

By November 27, 2018, Plantiff shall file a letter stating the reason(s) for the requested adjournment.  SO ORDERED.
Dated: November 21, 2018
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE