UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BRENNAN CENTER FOR JUSTICE, and
THE PROTECT DEMOCRACY
PROJECT, INC.
                  Plaintiff,

-against-

U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF HOMELAND SECURITY, U.S.
GENERAL SERVICES ADMINISTRATION,
OFFICE OF MANAGEMENT AND BUDGET, and
U.S. SOCIAL SECURITY ADMINISTRATION,
                  Defendant.

__17__ Civ. __6335__ (AKH)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allison F. Murphy hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Protect Democracy Project, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Nov. 30, 2018

Respectfully Submitted,

Applicant Signature: _/s/ Allison Murphy_
Applicant's Name: Allison F. Murphy
Firm Name: The Protect Democracy Project, Inc.
Address: 2020 Pennsylvania Avenue NW, #163
City/State/Zip: Washington, D.C. 20006
Telephone/Fax: T:(202) 253-7166/F: (929) 777-8428
Email: allison.murphy@protectdemocracy.org

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRENNAN CENTER FOR JUSTICE, and
THE PROTECT DEMOCRACY PROJECT,
INC.

                Plaintiffs,

  - against -

U.S. DEPARTMENT OF JUSTICE,
U.S. DEPARTMENT OF HOMELAND
SECURITY, U.S. GENERAL SERVICES
ADMINISTRATION, OFFICE OF
MANAGEMENT AND BUDGET, and U.S.
SOCIAL SECURITY ADMINISTRATION,

                Defendants.

---

17 Civ. 6335 (AKH)

**DECLARATION OF ALLISON MURPHY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Allison Murphy, hereby affirm and state as follows:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the Commonwealth of Virginia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be permitted to appear as counsel *pro hac vice* in the above-captioned case for Plaintiff Protect Democracy Project, Inc.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated:  November 30, 2018

Respectfully Submitted,

_____
Allison Murphy
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, Suite #163
Washington, DC 20006
Telephone: (202) 253-7166
Facsimile: (929) 777-8428
allison.murphy@protectdemocracy.org



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Allison F Murphy*

was duly qualified and admitted on **July 6, 2007** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 28, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### Allison Friedrich Murphy

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, Allison Friedrich Murphy is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 20th day of November A.D. 2018

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BTGP P CP 'EGP VGT 'HQT 'LWUVKEG. 'cpf 'VJ G'
RTQVGEV'FGO QETCE[ 'RTQLGEV. 'KPE0

Plaintiff,

-against-

WU0FGRCTVO GP V'QH'LWUVKEG. 'WU0FGRCTVO GP V'QH'
JQO GNCPF 'UGEWTKV[ . 'WU0IGP GTCN'UGTXKEGU
CFO KP KUVTCVKQP. 'QHHKEG'QH'O CP CI GO GP V'CP F '
DWFI GV. 'cpf 'WU0UQEKCN'UGEWTKV[ ADMINISTRATION.

Defendant

___39__ cv __8557____ CMJ )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Cnkuqp'H0O wrj {_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __vj g'F kutkev'qh'Eqnwo dkc 'cpf 'Xkti kpkc_____; and that his/her contact information is as follows (please print):

Applicant's Name: __Allison F. Murphy_____

Firm Name: __Vj g'Rtqvgev'F go qetce{ 'Rtqlgev.'Kpe0_____

Address: __4242'Rgppu{ nxcpia Ave. NW Suite #163_____

City / State / Zip: __Washington, D.C. 20006_____

Telephone / Fax: __T: (202) 599-0466 / F: (929) 777-8428_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __The Project Democracy Project, Inc._____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                                    _____

United States District / Magistrate Judge