USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOVANT DAVID ANDREW CHRISTENSON | Case No. 1:18-cv-09433-LGS |
| PEN AMERICAN CENTER, INC. Plaintiff, | JUDGE LORNA G. SCHOFIELD |
| v. | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| DONALD J. TRUMP, in his official capacity as President of the United States Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-18

Friend of the Court/Amicus Brief

I am filing this Amicus/Friend of the Court Brief on behalf of all Americans in accordance with the Constitution/First Amendment/Last Sentence of the First Amendment: "and to petition the Government for a redress of grievances". This information is critical if the Republic is to survive.

This Amicus Brief is being filed by a terrorist. Our country was founded by terrorists. It was terrorists that drafted the Declaration of Independence and the Constitution. Would I have been classified as a terrorist if I was wrong? They invoked the Patriot Act because of my research and writings.

- ➤ Democratic National Committee Chairman/Deputy Attorney General for Civil Rights Thomas Perez and Special Counsel/FBI Director Robert Mueller classified me as a terrorist in 2010. Reference: Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York, (18-2145) Court of Appeals Second Circuit

- ➤ Attorney General Matthew Whitaker was my attorney in 2011. Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York One Hundred Seventeenth (117th) Emergency Motion for Reconsideration (Attached) Judge John G. Koeltl docketed more than 50 of my pleadings and that included several pleadings about Theodore John "Ted" Kaczynski (The Unabomber). Judge Koeltl docketed the "Manifesto".

- ➤ The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018.  **\*\*\*I am the reason it took 17 months to confirm Jeffrey Bossert Clark\*\*\*** Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York - One Hundred Fifth (105th) Emergency Motion for Reconsideration (Attached)

The following factual, documented and verifiable information was used by President Barack Obama, Attorney General Eric Holder, Deputy Attorney General Thomas Perez, FBI Director Robert Mueller, etc. to classify me as a terrorist in 2010. My attorney in 2011 was Attorney General Matthew Whitaker and his reward for irreparably harming me and the American People was to become Attorney General. I am a graduate of the United State Air Force Academy who served his country with distinction.

<u>Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty. Suicides will outnumber births in the next few years. Suicide and Murder(s)-Suicide(s) have become a life choice. Life expectancies are decreasing and the decrease would be more pronounced if legal and illegal immigrants from the last thirty years were excluded. Birth rates are negative and when the birth rate reaches a negative three (-3%) percent there will be no way to recover and Mankind will cease to exist. We have lost the ability and desire to procreate.</u>

We are 20 Trillion Dollars in debt and increasing that debt every year by more than 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense, Medicaid and child health care. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People", a vaccination for everything.

<u>Our Gross National Product (GNP) is roughly 19 trillion dollars. Our economy is growing at a rate that averages 3%. Simplistically – our economy is 20 trillion dollars and it grows at 3%. That is 600 billion dollars. Our government deficit spends that and more. There is no way for our government to repay the debt. This non-partisan Congressional Budget Office has confirmed this fact.</u>

We must have an uncensored dialogue if Mankind is to survive. I am not even touching climate change.

Reference the Wits of Mandamus and Prohibition that I filed with the Supreme Court.
https://www.supremecourt.gov/docket/docket.aspx?Search=&type=Docket

Incorporated into this pleading is a representative Amicus Brief that is currently being filed in multiple district courts and appellate courts in multiple cases, both civil and criminal. State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

The Court does not consider documents filed by non-parties without leave of the Court. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. David Andrew Christenson. SO ORDERED.
Dated: December 19, 2018
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**