```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PEN AMERICAN CENTER, INC.,                                   :
                                    Plaintiff,               :
                                                             :      18 Civ. 9433 (LGS)
               -against-                                     :
                                                             :             ORDER
DONALD J. TRUMP,                                             :
                                    Defendant,               :
-------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2018
```

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on December 20, 2018, Defendant filed a pre-motion to dismiss letter and a letter requesting a pre-motion conference on Defendant's unopposed motion to stay discovery (Dkt. Nos. 24-25).

   WHEREAS, in Defendant's pre-motion to dismiss letter, Defendant states, "The parties have conferred on defendant's proposed motion to dismiss, and plaintiff has indicated that it intends to amend its complaint. The parties have agreed upon the following schedule for plaintiff's amendment and defendant's anticipated motion to dismiss: Plaintiff will file an Amended Complaint by January 18, 2019; defendant will move to dismiss the Amended Complaint by February 15, 2019; plaintiff will file opposition papers to defendant's motion to dismiss by March 15, 2019; and defendant will file reply papers by March 29, 2019."

   WHEREAS, there is an initial pretrial conference currently scheduled for January 8, 2019 (Dkt. No. 21). It is hereby

   **ORDERED** that the initial pretrial conference is adjourned from January 8, 2019, to February 12, 2019, at 10:30 a.m. Defendant's unopposed motion to stay discovery will be discussed at the conference. It is further

   **ORDERED** that Plaintiff shall file its Amended Complaint, if any, by January 18, 2019. If Defendant intends to move to dismiss the Amended Complaint, then Defendant shall file his

pre-motion letter by January 29, 2019, Plaintiff shall file its response by February 5, 2019, and the motion will be discussed at the February 12, 2019, conference.  The parties may (but need not) propose a new joint briefing schedule in their pre-motion letters.

The Clerk of Court is respectfully directed to close the motions at Docket Numbers 17, 24, and 25.

Dated: December 21, 2018
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**