Judge Lorna G. Schofield  
Federal Courthouse  
40 Foley Square  
New York, NY 10007

**Docket and File.**

December 21st, 2018

2019 JAN -3  PM 3: 37

Judge Schofield,

The following is a perfect example of the how the Federal Government continually criminally censors me in violation of the Constitution. It is what this case is about. It is what gives me standing and cause to join this case. **CourtListener will not use my name.** Hence no Google search or cross reference.

Reference: Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York  
https://www.courtlistener.com/docket/8033864/pen-american-center-inc-v-trump/  
Attachment 1 is the official PACER/Court docket for this case for December 2018.  
Attachment 2 is pages 1 & 6 from the docket that CourtListener has on the internet.

CourtListener is a product of Free Law Project, a federal 501(c)(3) non-profit. **CourtListener is controlled by the Department of Justice.**

Read official docket entries 22 and 23 and look at the narrative. Look at the entry dated 12/20/2018. Compare those entries with what CourtListener has. The official court docket lists my name in each of the three docket entries. (Go to www.courtlistener.com and click on the recap (pacer backwards) and search: "Pen American Center, Inc. v. Trump". Scroll down until you see the case and then click on it to open. Scroll down on the docket. The information is automatically transferred for every case.

Attorneys, Law Schools, Students, the media, etc. use this (censored) website for information. You can get alerts every time there is a docket entry. When they see "Appear Pro Hac Vice", "Memo Endorsement" or "Leave to File Document" they don't care so they don't read.

*** **CourtListener has to proactively change the narrative.** ***

I can site example after example of this criminal censorship. It has happened in every Federal Case that I am connected to. Search Pacer for David Andrew Christenson.

Godspeed

Sincerely,

David Andrew Christenson  
Box 9063  
Miramar Beach, Florida 32550  
504-715-3086  
davidandrewchristenson@gmail.com;  
dchristenson6@hotmail.com;



RECEIVED  
JAN 02 2019  
CHAMBERS OF  
LORNA G. SCHOFIELD  
U.S.D.J.

# Attachment 1

ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:18-cv-09433-LGS**

Pen American Center, Inc. v. Trump
Assigned to: Judge Lorna G. Schofield
Cause: 28:1331vc Fed. Question: Violation of Constitutional Rights

Date Filed: 10/16/2018
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2018 | 22 | FRIEND OF THE COURT/AMICUS BRIEF. Document filed byDavid Andrew Christenson, non-party. (sc) (Entered: 12/17/2018) |
| 12/19/2018 | 23 | MEMO ENDORSEMENT on re: 22 Brief. ENDORSEMENT: The Court does not consider documents filed by non-parties without leave of the Court. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. David Andrew Christenson. SO ORDERED. (Signed by Judge Lorna G. Schofield on 12/19/2018) (ne) Transmission to Docket Assistant Clerk for processing. (Entered: 12/19/2018) |
| 12/20/2018 | | Mailed a copy of 22 Brief to David Andrew Christenson Box 9063 Miramar Beach, FL 32550. (vba) (Entered: 12/20/2018) |
| 12/20/2018 | 24 | LETTER MOTION for Leave to File Motion to Dismiss Under Fed. R. Civ. P. 12(b) addressed to Judge Lorna G. Schofield from Steven J. Kochevar dated 12/20/2018. Document filed by Donald J. Trump.(Kochevar, Steven) (Entered: 12/20/2018) |
| 12/20/2018 | 25 | LETTER MOTION for Conference *on Defendant's Unopposed Motion to Stay Discovery* addressed to Judge Lorna G. Schofield from Steven J. Kochevar dated 12/20/2018. Document filed by Donald J. Trump.(Kochevar, Steven) (Entered: 12/20/2018) |

# Attachment 2
# Pen American Center, Inc. v. Trump (1:18-cv-09433)

## District Court, S.D. New York

[ View on PACER (https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?502799) ]

[ Search this Docket (/?type=r&q=docket_id%3A8033864) ]

[ Get Alerts (/alert/docket/toggle/) ]

(/help/alerts/#recap-alerts)

Last Updated: Dec. 20, 2018, 4:08 p.m. EST

Assigned To: Lorna Gail Schofield (/person/2867/lorna-gail-schofield/)

Date Filed: Oct. 16, 2018

Cause: 28:1331vc Fed. Question: Violation of Constitutional Rights (/?type=r&cause="28:1331vc Fed. Question: Violation of Constitutional Rights")

Nature of Suit: 440 Civil Rights: Other (/?type=r&nature_of_suit="440 Civil Rights: Other")

Jury Demand: None (/?type=r&q=juryDemand:"None")

Jurisdiction Type: U.S. Government Defendant

Docket Entries (/docket/8033864/pen-american-center-inc-v-trump/)

**Filed**

YYYY-MM-DD

to

YYYY-MM-DD

**Documents**

to

| | Date Filed | Description |
|---|---|---|
| 19 | Nov 21, 2018 | ORDER with respect to 17 Letter Motion to Adjourn Conference. By November 27, 2018, Plaintiff shall file a letter stating the reason(s) for the requested adjournment. SO ORDERED. (Signed by Judge Lorna G. Schofield on 11/21/2018) (rj) (Entered: 11/26/2018) |
| | Main Doc (/docket/8033864/19/pen-american- | Order on Motion to Adjourn Conference |

# Attachment 2

| | | | |
|---|---|---|---|
| 22 | Dec 17, 2018 | Main Doc (/docket/8033864/22/pen-american-center-inc-v-trump/) | Appear Pro Hac Vice Brief |
| 23 | Dec 19, 2018 | Main Doc (/docket/8033864/23/pen-american-center-inc-v-trump/) | Memo Endorsement |
| 24 | Dec 20, 2018 | Main Doc (/docket/8033864/24/pen-american-center-inc-v-trump/) | Leave to File Document |
| 25 | Dec 20, 2018 | Main Doc (/docket/8033864/25/pen-american-center-inc-v-trump/) | Conference |
| | Dec 20, 2018 | | Mail Order by Certified Mail |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

| Email Address |

| 📰 Subscribe |

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
21 DEC 2018 PM 2

SDNY

Judge Lorna G. Schofield
Federal Courthouse
40 Foley Square
New York, NY 10007

10007-150259