**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

PEN AMERICAN CENTER, INC.

                                   Plaintiff,

         -against-                                                      18   Civ.   9433        ( LGS )

DONALD J. TRUMP, in his official capacity              **MOTION FOR ADMISSION**
as President of the United States
                                                                       **PRO HAC VICE**

_____ Defendant.


Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York,     Justin Florence                              hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

   PEN American Center, Inc. (plaintiff)                              in the above-captioned action.


I am in good standing of the bar(s) of the state(s) of   Massachusetts and District of Columbia  and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.


Dated:    January 12, 2019                    Respectfully Submitted,

                                              Applicant Signature:  _/s/ Justin Florence_

                                              Applicant's Name:  Justin Florence

                                              Firm Name:    Protect Democracy Project, Inc.

                                              Address:        10 Ware Street

                                              City/State/Zip:  Cambridge, MA 02138

                                              Telephone/Fax:  T: (202) 774-4234  /  F: (929) 777-8428

                                              Email:   justin.florence@protectdemocracy.org

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PEN AMERICAN CENTER, INC.

|                                    |                                          |
|------------------------------------|------------------------------------------|
| Plaintiff,                         | 18  Civ. 9433 (LGS)                      |
| - against -                        | DECLARATION OF                           |
|                                    | JUSTIN FLORENCE IN SUPPORT OF            |
| DONALD J. TRUMP, in his official capacity | MOTION FOR ADMISSION              |
| as President of the United States, | PRO HAC VICE                             |
| Defendant.                         |                                          |

_____

I, Justin Florence, hereby affirm and state as follows:

1.      I submit this declaration in support of the motion for my admission to practice pro hac vice in the above-captioned matter.

2.      As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of Massachusetts and of District of Columbia.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no disciplinary proceedings against me in any state or federal court.

6.      I respectfully request that I be permitted to appear as counsel pro hac vice in the above-captioned case for Plaintiff PEN American Center, Inc.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated: January 12, 2019                    Respectfully Submitted,

                                           */s/ Justin Florence*_____
                                           Justin Florence
                                           THE PROTECT DEMOCRACY PROJECT, INC.
                                           10 Ware Street
                                           Cambridge, MA 02138
                                           Telephone: (202) 774-4234
                                           Facsimile: (929) 777-8428
                                           Email: justin.florence@protectdemocracy.org

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

_____

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston
within and for said County of Suffolk, on the      **twenty-ninth**
day of      **March**      A.D.   **2007**      , said Court being the highest
Court of Record in said Commonwealth:

## Justin Florence

being found duly qualified in that behalf, and having taken and subscribed
the oaths required by law, was admitted to practice as an Attorney, and, by virtue
thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:
that said Attorney is at present a member of the Bar, and is in good standing
according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the
seal of said Court, this **seventeenth** day of **December**
in the year of our Lord **two thousand and eighteen.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Justin G Florence*

was duly qualified and admitted on **July 10, 2009** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on January 10, 2019.

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PEN AMERICAN CENTER, INC.

                                 Plaintiff,

                                                      18 cv 9433        ( LGS )
               -against-
DONALD J. TRUMP, in his official capacity        **ORDER FOR ADMISSION**
as President of the United States                      **PRO HAC VICE**
                          Defendant.

_____

        The motion of  Justin Florence                                        , for admission to

practice Pro Hac Vice in the above captioned action is granted.

        Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

 Massachusetts and District of Columbia      ; and that his/her contact information is as follows

(please print):

        Applicant's Name:  Justin Florence

        Firm Name:   Protect Democracy Project, Inc.

        Address:      10 Ware Street

        City / State / Zip:  Cambridge, MA 02138

        Telephone / Fax:   T: (202) 774-4234  /  F: (929) 777-8428

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

    PEN American Center, Inc. (plaintiff)                             in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.


Dated:_____                    _____

                                          United States District / Magistrate Judge