AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PEN AMERICA CENTER, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-09433-LGS |
| DONALD J. TRUMP, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEN AMERICA CENTER, INC.                                              .

Date:   01/18/2019

/s/ Ronald G. London
*Attorney's signature*

Ronald G. London, SDNY Bar No. RL8734
*Printed name and bar number*

Davis Wright Tremaine LLP
1919 Pennsylvania Ave NW
Ste. 800
Washington, DC  20006
*Address*

ronnielondon@dwt.com
*E-mail address*

(202) 973-4235
*Telephone number*

(202) 973-4499
*FAX number*