UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEN AMERICAN CENTER, INC.,
                                      Plaintiff,

-against-

DONALD J. TRUMP,
                                      Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2019

18 Civ. 9433 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Mr. Christenson has submitted a motion to intervene (Dkt. No. 33); it is hereby

      **ORDERED** that the motion to intervene is denied because a basis for intervention has not been shown.

Dated: January 28, 2019
           New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**