```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEN AMERICAN CENTER, INC.,                                  :
                                       Plaintiff,           :
                                                            :      18 Civ. 9433 (LGS)
               -against-                                    :
                                                            :             ORDER
DONALD J. TRUMP,                                            :
                                       Defendant,           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was stayed pursuant to Standing Order M10-468 (Dkt. No. 28);

WHEREAS, this case is no longer stayed. It is hereby

**ORDERED** that the parties shall appear for an initial pretrial conference on February 26, 2019, at 11:00 a.m. The parties are reminded to file their joint letter and proposed case management plan at least seven days before the conference. It is further

**ORDERED** that Plaintiff shall file its Amended Complaint, if any, by February 6, 2019. If Defendant intends to move to dismiss the Amended Complaint, then Defendant shall file his pre-motion letter by February 13, 2019, Plaintiff shall file its response by February 19, 2019. The motion will be discussed a February 26, 2019, conference. The parties may (but need not) propose a new joint briefing schedule in their pre-motion letters.

The Clerk of Court is respectfully directed to close the motion at Docket Number 17.

Dated: January 30, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE