**Docket and File.**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOVANT DAVID ANDREW CHRISTENSON | Case No. 1:18-cv-09433-LGS |
| PEN AMERICAN CENTER, INC. Plaintiff, | JUDGE LORNA G. SCHOFIELD |
| v. | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| DONALD J. TRUMP, in his official capacity as President of the United States Defendant. | |

Notice

An Amended Motion to Join will be filed. This pleading will correct the defect and show a basis to join and or intervene.

Judge Lorna G. Schofield
Federal Courthouse
40 Foley Square
New York, NY 10007

January 29th, 2019 – Judge Lorna Schofield issued the following order on January 28th, 2019:
"ORDERED that the motion to intervene is denied because a basis for intervention has not been shown."

Inadvertently there was no basis for intervention in any of my Motions to Join and or Intervene. This unintentional mistake will be corrected. Notices will be filed in the following cases stating that I will be filing Amended Motions to Join and or Intervene.

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
United States v. STONE (1:19-cr-00018) District Court, District of Columbia
Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York

**WHY am I doing this? - Mankind will cease to exist by October 12th, 2050 - This is not a prophecy or prediction but a mathematical certainty - Suicides will outnumber births worldwide by October 12th, 2050**

Our immune systems are supposed to stave off suicide but that is not happening. Suicide is now a life choice. Yesterday the attached article was published by CNN.

1. Suicides in the military are a precursor to what is and will take place with the general population of the United States and the World.
2. The solders that are committing suicide have not been in combat.
3. All ranks are committing suicide.
4. The actual numbers are much than what the military is publishing.
5. US soldiers and veterans are the number one demographic group in the world for suicide.
6. Therapy and medications are not working. The Army has over 900 anti-suicide programs.
7. Suicides among veterans is epidemic.
8. Suicides among military family members is epidemic.

The destruction of our immune system is responsible for most medical and mental maladies.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on January 29th, 2019 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

US Marine and Navy suicides at a 10-year high By Barbara Starr, CNN Pentagon Correspondent
Updated 12:34 PM ET, Mon January 28, 2019
https://www.cnn.com/2019/01/25/politics/us-marines-active-duty-suicide-rate-10-year-high/index.html
(CNN)The number of confirmed and suspected suicides in the active-duty Marine Corps and the Navy reached a 10-year high in 2018.
Sixty-eight active duty Navy personnel died by suicide in 2018 with 57 cases among the Marine Corps, according to data obtained by CNN.
Another 18 Marines in the Reserve forces either are confirmed to have committed suicide or their deaths are being investigated as suspected suicides.
**Marine Corps sources say the service is concerned that 2018 may have seen 75 suicides even with the extensive mental health programs available. Many of the cases are young Marines who have not deployed overseas and have not been in combat -- a situation that has been seen in other branches of the military as well.**
"Don't make them just numbers," one Marine Corps official pleaded when making the data available to CNN.
**Navy officials say they remain focused on suicide prevention programs.**
On Friday the commandant of the Marine Corps, Gen. Robert Neller, released a four-page message to the corps detailing new advances and developments. But near the end he spoke in detail about Marines taking their own lives and implored troubled troops to reconsider any drastic actions.
"I am personally compelled to say something about suicide and mental health," Neller said in the message. "If you need help, please ask/speak up ... we will be there for you. Consider the lasting impact on your family, friends, and unit -- none of whom will ever truly recover. Don't choose a permanent solution to a temporary problem that can be resolved with the help of your teammates."
The corps began tracking suicides in the Reserves in detail only in 2012, so the 10-year high is confirmed only in the active-duty forces. **The numbers have fluctuated in recent years -- which is also a trend the military has struggled to understand, without firm answers emerging -- with often-unexplained spikes in the numbers of cases.**
**And suicide continues to touch all ranks in the military. Late last year, Vice Adm. Scott Stearney, the top admiral overseeing US naval forces in the Middle East, died of an apparent suicide.**
"While there is no dishonor in coming up short, or needing help, there is no honor in quitting," Neller said in his message. "For those who are struggling ... our Marine Corps, our families, and our Nation need you; we can't afford to lose you."





David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

Judge Lorna G. Schofield
Federal Courthouse
40 Foley Square
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2019 FEB 21 PM 12:01
S.D. OF N.Y.

RECEIVED
FEB 06 2019
CHAMBERS OF
LORNA G. SCHOFIELD
U.S.D.J.