```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEN AMERICAN CENTER, INC.,                                  :
                                  Plaintiff(s)              :
                                                            :      18 Civ. 9433 (LGS)
            -against-                                       :
                                                            :             ORDER
DONALD J. TRUMP,                                            :
                                  Defendant(s).             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial and pre-motion conference in this matter is scheduled for March 12, 2019 (Dkt. No. 39);

WHEREAS, no significant issues were raised in the parties' initial pretrial conference joint letter or proposed case management plan (Dkt. No. 43);

WHEREAS, Defendant seeks leave to file a motion to dismiss (Dkt No. 40);

WHEREAS, Defendant requests to stay discovery pending the outcome of his anticipated motion to dismiss and Plaintiff does not oppose Defendant's request (Dkt. No. 43).  It is hereby

**ORDERED** that the March 12, 2019, conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  It is further

**ORDERED** that the parties' proposed briefing schedule for Defendant's contemplated motion to dismiss the Amended Complaint is adopted.  Defendant shall file his motion to dismiss on or before **April 11, 2019**.  Plaintiff shall file its opposition on or before **May 10, 2019**.  Defendant shall file his reply on or before **May 24, 2019**.  The parties are reminded to comply with the Court's Individual Rule III.B.  It is further

**ORDERED** that discovery is stayed pending the outcome of Defendant's motion to dismiss.

The Clerk of Court is respectfully directed to close the motion at Docket Number 40.

Dated: March 8, 2019
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**