GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: STEVEN J. KOCHEVAR
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2715
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC., <br><br> Plaintiff, <br><br> - against - <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> Defendant. | No. 18 Civ. 9433 (LGS) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Defendant's Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Amended Complaint, Defendant President Donald J. Trump, by his attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing all claims against him under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:   April 10, 2019
         New York, New York

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:   /s/ Steven J. Kochevar
Steven J. Kochevar
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.    (212) 637-2715
Fax    (212) 637-2717
Email: steven.kochevar@usdoj.gov