UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC., <br><br>        *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br>        *Defendant*. | Civil Action No. 18-cv-9433-LGS <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Richard Schwed, a member in good standing of the bar of this Court, hereby enter an appearance on behalf of the *amici curiae* ("*Amici*")[1] in the above-captioned case.

Dated: New York, New York
    May 10, 2019

                  SHEARMAN & STERLING LLP

                  By: */s/ Richard Schwed*
                      Richard Schwed

                  599 Lexington Avenue
                  New York, New York 10022-6069
                  Telephone: (212) 848-5445
                  Fax: (212) 848-7179
                  rschwed@shearman.com

                  *Counsel for Amici Curiae*

---

[1] The *Amici* are Ruth Ben-Ghiat, Professor of Italian and History at New York University; Kim Lane Scheppele, the Laurance S. Rockefeller Professor of Sociology and International Affairs at the Woodrow Wilson School and in the University Center for Human Values at Princeton University; Seyla Benhabib, the Eugene Meyer Professor of Political Science and Philosophy at Yale University; Aziz Huq, the Frank and Bernice J. Greenberg Professor of Law at the University of Chicago Law School; and Samuel Moyn, the Henry R. Luce Professor of Jurisprudence and Professor of History at Yale University.