# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PEN AMERICAN CENTER, INC.,

*Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States,

*Defendant.*

Civil Action No. 18-cv-9433-LGS

**NOTICE OF MOTION FOR
LEAVE TO FILE *AMICUS
CURIAE* BRIEF**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the

Declaration of Richard Schwed, the *amici curiae* ("*Amici*") identified below,[1] by their

undersigned counsel, will move this Court, before the Honorable Lorna G. Schofield, United

States District Judge, at the United States Courthouse located at 40 Foley Square, New York,

New York 10007, for entry of an order granting leave to file as *amicus curiae* the proposed brief

attached as Exhibit A to the Declaration of Richard Schwed dated as of May 10, 2019.  We have

conferred with counsel for the parties to the action, and they do not oppose the filing of the

proposed *amicus curiae* brief.

---

[1] The *Amici* are Ruth Ben-Ghiat, Professor of Italian and History at New York University; Kim Lane Scheppele, the
Laurance S. Rockefeller Professor of Sociology and International Affairs at the Woodrow Wilson School and in the
University Center for Human Values at Princeton University; Seyla Benhabib, the Eugene Meyer Professor of
Political Science and Philosophy at Yale University; Aziz Huq, the Frank and Bernice J. Greenberg Professor of
Law at the University of Chicago Law School; and Samuel Moyn, the Henry R. Luce Professor of Jurisprudence and
Professor of History at Yale University.

Dated:  New York, New York
        May 10, 2019

SHEARMAN & STERLING LLP

By: */s/  Richard Schwed*

Richard Schwed
Joshua Ebersole
599 Lexington Avenue
New York, New York 10022-6069
Telephone:  (212) 848-5445
Fax:  (212) 848-7179
rschwed@shearman.com
joshua.ebersole@shearman.com

*Counsel for Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2019, the foregoing Notice of Motion, Memorandum of Law, Declaration, and the Exhibit attached thereto were served by ECF to all counsel of record.

SHEARMAN & STERLING LLP

By: */s/  Richard Schwed*
     Richard Schwed

599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-5445
Fax:  (212) 848-7179
rschwed@shearman.com

*Counsel for Amici Curiae*