UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.,<br><br>                              *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                              *Defendant.* | Civil Action No. 18-cv-9433-LGS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Joshua Ebersole, a member in good standing of the bar of this Court, hereby enter an appearance on behalf of the *Amici Curiae*[1] in the above-captioned case.

Dated: New York, New York
       May 13, 2019

SHEARMAN & STERLING LLP

By: */s/ Joshua Ebersole*
       Joshua Ebersole

599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-7082
Fax: (646) 848-7082
joshua.ebersole@shearman.com

*Counsel for Amici Curiae*

---

[1] The *Amici Curiae* are Ruth Ben-Ghiat, Professor of Italian and History at New York University; Kim Lane Scheppele, the Laurance S. Rockefeller Professor of Sociology and International Affairs at the Woodrow Wilson School and in the University Center for Human Values at Princeton University; Seyla Benhabib, the Eugene Meyer Professor of Political Science and Philosophy at Yale University; Aziz Huq, the Frank and Bernice J. Greenberg Professor of Law at the University of Chicago Law School; and Samuel Moyn, the Henry R. Luce Professor of Jurisprudence and Professor of History at Yale University.