UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

PEN AMERICAN CENTER, INC.,

                            Plaintiff,         :    Civil Action No. 18-cv-9433-LGS

                 - against -

DONALD J. TRUMP, in his official capacity    :    **NOTICE OF APPEARANCE**
as President of the United States,

                           Defendant.
------------------------------------------------------------- x

PLEASE TAKE NOTICE that Mary Eaton of Willkie Farr & Gallagher LLP hereby appears as attorney of record for *amici curiae* Erwin Chemerinsky, RonNell Andersen Jones, Heidi Kitrosser, Genevieve Lakier, Lyrissa Lidsky, Greg Magarian, Helen Norton, Jonathan Peters, and Sonja West in the above captioned matter.

Dated: May 13, 2019
       New York, New York

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: ___M. Eaton___
Mary Eaton, Esq.
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Email: meaton@willkie.com

*Attorney for Amici Curiae*