UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEN AMERICAN CENTER, INC.,
                              Plaintiff,

-against-

DONALD J. TRUMP, *in his official capacity as President of the United States*,

                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2019

18 Civ. 9433 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, *amici curiae* Professors Ruth Ben-Ghiat, Kim Lane Scheppele, Seyla Benhabib, Aziz Huq and Samuel Moyn have moved for leave to file a brief on May 10, 2019;

      WHEREAS, *amici curiae* Professors Erwin Chemerinsky, RonNell Andersen Jones, Heidi Kitrosser, Genevieve Lakier, Lyrissa Lidsky, Helen Norton, Jonathan Peters and Sonja West have moved for leave to file a brief on May 10, 2019.  It is hereby

      **ORDERED** that both motions are GRANTED.  The *amici* briefs at Dkt. Nos. 52-1 and 54-1 are deemed filed as of May 10, 2019.

      The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 50 and 54.

Dated: May 15, 2019
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**