UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>                      Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>                      Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Paul R.Q. Wolfson, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for proposed *amici curiae* Reporters Committee for Freedom of the Press, The Authors Guild Inc., Freedom to Read Foundation, National Coalition Against Censorship, National Press Photographers Association, Online News Association, Reporters Without Borders, and Society of Professional Journalists in the above-captioned action. The parties do not oppose this motion.

      I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: May 17, 2019                              Respectfully submitted,

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
T: (202) 663-6000
F: (202) 663-6363
Paul.Wolfson@wilmerhale.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>                Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Paul R.Q. Wilson, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificates of Good Standing attached to the motion, I am a member in good standing of the bar of the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Paul R.Q. Wilson*

Paul R.Q. Wilson
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 663-6000
F: (202) 663-6363
Paul.Wolfson@wilmerhale.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Paul R. Wolfson*

was duly qualified and admitted on **July 25, 1988** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 9, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>                    Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>                    Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Paul R.Q. Wolfson for admission to appear *pro hac vice* in the above-captioned action on behalf of the *amici* listed in the motion is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

>Paul R.Q. Wolfson
>WILMER CUTLER PICKERING
>   HALE AND DORR LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>T: (202) 663-6000
>F: (202) 663-6363
>Paul.Wolfson@wilmerhale.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                                                _____
                                                                                             United States District Judge