UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>                    Plaintiff,<br><br>     vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>                    Defendant. | Civil Action No.  18-cv-9433 (LGS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Patrick J. Carome, respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for proposed *amici curiae* Reporters Committee for Freedom of the Press, The Authors Guild Inc., Freedom to Read Foundation, National Coalition Against Censorship, National Press Photographers Association, Online News Association, Reporters Without Borders, and Society of Professional Journalists in the above-captioned action.  The parties do not oppose this motion.

I am in good standing of the bars of Massachusetts and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit required by Local Rule 1.3.

Dated: May 17, 2019 Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
T: (202) 663-6000
F: (202) 663-6363
Patrick.Carome@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>　　　　　　　Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Patrick J. Carome, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificates of Good Standing attached to the motion, I am a member in good standing of the bars of Massachusetts and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2019

Respectfully submitted,

Patrick J. Carome
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 663-6000
F: (202) 663-6363
Patrick.Carome@wilmerhale.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **June** A.D. **1984**, said Court being the highest Court of Record in said Commonwealth:

## Patrick J. Carome

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **May** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Patrick J Carome*

was duly qualified and admitted on **January 16, 1985** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 9, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>       Plaintiff,<br><br> vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>       Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Patrick J. Carome for admission to appear *pro hac vice* in the above-captioned action on behalf of the *amici* listed in the motion is granted.

  Applicant has declared that he is a member in good standing of the bars of Massachusetts and the District of Columbia, and that his contact information is as follows:

>Patrick J. Carome
>WILMER CUTLER PICKERING
> HALE AND DORR LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>T: (202) 663-6000
>F: (202) 663-6363
>Patrick.Carome@wilmerhale.com

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                          United States District Judge