UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>                   Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>                  Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Emma P. Simson, respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for proposed *amici curiae* Reporters Committee for Freedom of the Press, The Authors Guild Inc., Freedom to Read Foundation, National Coalition Against Censorship, National Press Photographers Association, Online News Association, Reporters Without Borders, and Society of Professional Journalists in the above-captioned action.  The parties do not oppose this motion.

I am in good standing of the bars of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit required by Local Rule 1.3.

Dated: May 20, 2019

Respectfully submitted,

/s/ Emma P. Simson
Emma P. Simson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
T: (202) 663-6000
F: (202) 663-6363
Emma.Simson@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>    Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Emma P. Simson, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificates of Good Standing attached to the motion, I am a member in good standing of the bars of Maryland and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me in any state or federal court.

Dated: May 16, 2019

Respectfully submitted,

Emma P. Simson
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 663-6000
F: (202) 663-6363
Emma.Simson@wilmerhale.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Emma Page-Riley Simson

was duly qualified and admitted on **April 6, 2015** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 13, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 2013,

### Emma Page-Riley Simson

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this ninth day of May, 2019.

Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC.<br><br>       Plaintiff,<br><br> vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>       Defendant. | Civil Action No. 18-cv-9433 (LGS)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Emma P. Simson for admission to appear *pro hac vice* in the above-captioned action on behalf of the *amici* listed in the motion is granted.

  Applicant has declared that she is a member in good standing of the bars of Maryland and the District of Columbia and that her contact information is as follows:

> Emma P. Simson
> WILMER CUTLER PICKERING
>  HALE AND DORR LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> T: (202) 663-6000
> F: (202) 663-6363
> Emma.Simson@wilmerhale.com

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____
                                     United States District Judge