```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEN AMERICAN CENTER, INC.,                                  :
                                        Plaintiff,          :
                                                            :      18 Civ. 9433 (LGS)
                    -against-                               :
                                                            :              ORDER
DONALD J. TRUMP, in his official capacity as                :
President of the United States,                             :
                                                            :
                                        Defendant.          X
------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2019
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, *amici curiae* Reporters Committee for Freedom of the Press, The Authors Guild Inc., The Freedom to Read Foundation, National Coalition Against Censorship, National Press Photographers Association, Online News Association, Reports Without Borders and Society of Professional Journalists have moved for leave to file a brief on May 17, 2019. It is hereby

**ORDERED** that the motion is GRANTED. The *amici* brief at Dkt. No. 58-1 is deemed filed as of May 17, 2019.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 58.

Dated: May 20, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE