


*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 12, 2019

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    This Office represents defendant President Donald J. Trump in this First Amendment action brought by plaintiff PEN American Center, Inc. ("PEN American"). I write respectfully to bring to the Court's attention the July 10, 2019 decision of the United States Court of Appeals for the Fourth Circuit in *In re Trump*, No. 18-2486 (4th Cir. 2019), which reversed the denial of defendant's Trump's motion to dismiss claims against him under the Emoluments Clauses in *D.C. v. Trump*, No. 17-cv-1596 (D. Md.).

    In the present case, plaintiff's memorandum of law in opposition to defendant's pending motion to dismiss relied on the district court's conclusions in *D.C. v. Trump*. *See* Memorandum of Law in Opposition to Defendant's Motion to Dismiss, at 21–22, ECF No. 48 (quoting *D.C. v. Trump*, 344 F. Supp. 3d 828 (D. Md. 2018)). In *In re Trump*, the Fourth Circuit granted defendant Trump's petition for writ of mandamus and reversed the district court's denial of his motion to dismiss. *See In re Trump*, No. 18-2486. The Fourth Circuit concluded that plaintiffs lacked standing. *See id.* at 26-35.

    Thank you for your consideration of this submission.

                                          Respectfully submitted,
                                          GEOFFREY S. BERMAN
                                          United States Attorney

                By:      /s/ Steven J. Kochevar
                                         Steven J. Kochevar
                                         Assistant United States Attorney
                                         86 Chambers Street, Third Floor
                                         New York, NY 10007
                                         Telephone: (212) 637-2715
                                         Fax: (212) 637-2717
                                         Email: steven.kochevar@usdoj.gov