UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Pen America Center, Inc.

Plaintiff,

-against-                                    1:18 Civ. 09433 (LGS)

Trump                              MOTION FOR ADMISSION

                                   PRO HAC VICE

_____ Defendant.


Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, ___Francesca Procaccini___ hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Pen America Center, Inc.___ in the above-captioned action.


I am in good standing of the bar(s) of the state(s) of ___New York___ and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.


Dated: 8/13/19                      Respectfully Submitted,


Applicant Signature: _Francesca Proca___

Applicant's Name: Francesca Procaccini

Firm Name: Media Freedom and Information Access Clinic

Address: 127 Wall St.

City/State/Zip: New Haven, CT 06511

Telephone/Fax: 203-436-5828

Email: Francesca.Procaccini @ yale.edu

**UNITED STATES DISTRICT COURT**

<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

Pen American Center, Inc.

               *Plaintiff,*

     -against-                            1:18 Civ. 09433 (LGS)

Trump

               *Defendant.*

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I hereby affirm that I have never been convicted of a felony or censured, suspended, disbarred or denied admission or readmission by any court. I have no disciplinary proceedings presently against me.

Dated:  **8/13/19**             Respectfully Submitted,

                              Francesca Procaccini

                              Applicant's Signature: *Francesca Procaccini*

                              Applicant's Name: **Francesca Procaccini**

                              Firm Name: **Media Freedom and Information Access Clinic**

                              Address: **127 Wall St.**

                              City/State/Zip: **New Haven, CT 06511**

                              Telephone/Fax: **203-436-5828**

                              Email: **Francesca.Procaccini@yale.edu**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pen America Center, Inc.
                              Plaintiff,

              -against-                                    1:18 cv 09433 (LGS)

Trump                        Defendant.          ORDER FOR ADMISSION
                                                      PRO HAC VICE

The motion of __Francesca Procaccini__, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__New York__; and that his/her contact information is as follows

(please print):

Applicant's Name: __Francesca Procaccini__

Firm Name: __Media Freedom and Information Access Clinic__

Address: __127 Wall St.__

City / State / Zip: __New Haven, CT 06511__

Telephone / Fax: __203 - 436 - 5828__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Pen America, Inc.__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____
                                              United States District / Magistrate Judge



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Francesca Lina Procaccini

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **14th day of July, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of July, 2019**.



Robert D Mayberger

*Clerk*