

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 6, 2019

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

  Re: *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

  This Office represents defendant President Donald J. Trump in this First Amendment action brought by plaintiff PEN American Center, Inc. ("PEN American"). I write respectfully to bring to the Court's attention the September 3, 2019 decision of the United States District Court for the Southern District of New York in *Equal Vote America Corp. v. Congress*, No. 19-cv-311 (CM). In *Equal Vote America*, Chief Judge McMahon dismissed claims brought by an organizational plaintiff on grounds of standing. Specifically, on a motion to dismiss pursuant to Rule 12(b)(1), the Court held that "in order to bring claims on behalf of its members under the 'associational standing' doctrine, an organizational plaintiff . . . must identify, by name, at least one member with standing." Memorandum Decision and Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion for Leave to Amend at 7, *Equal Vote America Corp. v. Congress*, No. 19-cv-311 (CM) (S.D.N.Y. Sept. 3, 2019), Dkt. No. 29 (citing *Summers v. Earth Island Inst.*, 555 U.S. 488, 498-99 (2009)). Plaintiff in the present case has disputed this requirement. *See* Memorandum of Law in Opposition to Defendant's Motion to Dismiss at 14, Dkt. No. 48.  The holding in *Equal Vote America* is relevant to the present case because it concerns claims brought by an organizational plaintiff without standing, unlike *Karem v. Trump*, No. 19-2514, 2019 WL 4169824 (D.D.C. Sept. 3, 2019), the case plaintiff brought to the Court's attention by letter dated September 4, 2019, *see* Dkt. No. 72, which concerned claims brought by an individual journalist.

  Thank you for your consideration of this submission.

               Respectfully submitted,
               GEOFFREY S. BERMAN
               United States Attorney
         By: <u>/s/ Steven J. Kochevar</u>
               Steven J. Kochevar
               Assistant United States Attorney
               86 Chambers Street, Third Floor
               New York, NY 10007
               Telephone: (212) 637-2715
               Fax: (212) 637-2717
               Email: steven.kochevar@usdoj.gov