UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEN AMERICAN CENTER, INC.,                                  :
                                    Plaintiff,              :     18 Civ. 9433 (LGS)
                                                            :
                -against-                                   :     ORDER
                                                            :
DONALD J. TRUMP, *in his official capacity as*              :
*President of the United States*,                           :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

**ORDERED** that the conference previously scheduled for April 16, 2020, at 10:50 a.m., will be held on **April 16, 2020, at 11:15 a.m**.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.  The parties shall file a joint letter by **April 14, 2020**, providing the Court with one telephone call-in number for the conference call, and if necessary, a passcode.  If the parties are not able to arrange a conference call, they shall contact Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **April 14, 2020, at noon**, to make other arrangements.  The parties shall disregard the previously provided call-in number.

Dated: April 13, 2020
       New York, New York

                                                _____
                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**