

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 14, 2020

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    The parties respectfully submit this joint letter pursuant to the Court's April 13, 2020, Order. Dkt. No. 81. The parties respectfully request that the Court dial the number 844-215-6890, and enter passcode 637579#, to conduct the initial pretrial conference in this matter currently scheduled to be held at 11:15 AM on April 16, 2020. *Id.*

    The parties thank the Court for its consideration of this submission.

    Respectfully submitted,

Kristy Parker
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue., NW, #163
Washington, DC 20006
(202) 579-4582

GEOFFREY S. BERMAN
United States Attorney

By:    /s/ *Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    Telephone: (212) 637-2715
    Fax: (212) 637-2717
    Email: steven.kochevar@usdoj.gov

Cc (by ECF): Counsel of Record