Case 1:18-cv-09433-LGS   Document 83   Filed 04/16/20   Page 1 of 1

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PEN AMERICA CENTER, INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-CV-09433-LGS |
| DONALD J. TRUMP, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEN AMERICA CENTER, INC.

Date: 04/16/2020

/s/ Chelsea T. Kelly
*Attorney's signature*

Chelsea T. Kelly, SDNY Bar Number CK2016
*Printed name and bar number*

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
*Address*

chelseakelly@dwt.com
*E-mail address*

(202) 973-4250
*Telephone number*

(202) 973-4450
*FAX number*