UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PEN AMERICAN CENTER, INC.,                                 :
                                      Plaintiff,           :          18 Civ. 9433 (LGS)
                                                           :
                    -against-                              :              ORDER
                                                           :
DONALD J. TRUMP, *in his official capacity as*             :
*President of the United States*,                          :
                                      Defendant.           :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial pre-trial conference was held on April 16, 2020.  For the reasons

stated at the conference, it is hereby

        **ORDERED** that discovery is stayed at least until **May 19, 2020**.  The parties shall engage

in negotiations on whether the claims may be resolved on cross-motions for summary judgment

on stipulated facts, or through a negotiated settlement based on stipulated facts.  The parties may

agree on any exchange of information to facilitate those discussions.  The parties shall file a joint

letter by **May 19, 2020**, describing (i) the status of these discussions and (ii) the parties'

respective positions on next steps.  It is further

        **ORDERED** that a telephonic status conference is scheduled for **May 21, 2020, at 10:50**

**a.m**.  The time of the conference is approximate, but the parties shall be ready to proceed at that

time.  The parties shall dial into the following conference line: (888) 363-4749, Access Code:

558-3333.

Dated: April 16, 2020
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE