UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEN AMERICAN CENTER, INC.,
                            Plaintiff,            18 Civ. 9433 (LGS)

              -against-                  ORDER

DONALD J. TRUMP, *in his official capacity as
President of the United States*,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby ORDERED that the conference scheduled for **May 28, 2020, at 10:50 a.m.** will be held at **10:30 a.m**. The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: May 26, 2020
         New York, New York

                                                  LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**