UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEN AMERICAN CENTER, INC.,                                  :
                         Plaintiff,     :       18 Civ. 9433 (LGS)
                                                            :
              -against-                         :                ORDER
                                                            :
DONALD J. TRUMP, *in his official capacity as*              :
*President of the United States*,                           :
                           Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 18, 2020, Defendant filed a letter proposing a motion for certification for interlocutory appeal and to stay discovery (Dkt. No. 89);

       WHEREAS, on May 26, 2020, Plaintiff filed a letter response (Dkt. No. 93).  It is hereby

       **ORDERED** that Defendant is granted leave to file the motion for certification for interlocutory appeal and to stay discovery, according to the following schedule:  (1) the motion, and accompanying memorandum of law, not to exceed ten pages, are due **June 11, 2020**; (2) Plaintiff shall file an opposing memorandum of law, not to exceed ten pages, by **June 25, 2020**; and (3) Defendant shall file a reply, not to exceed five pages, by **July 2, 2020**.  Except as provided in this Order, the parties shall follow the Court's Individual Rules concerning motions, including on exhibits and courtesy copies.  It is further

       **ORDERED** that a telephonic oral argument is scheduled for **July 9, 2020, at 10:50 a.m.**  The conference will occur on the following conference call line: Dial-in 888-363-4749, Access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  It is further

       **ORDERED** that the parties are encouraged to continue negotiations on whether the

claims may be resolved on cross-motions for summary judgment on stipulated facts, or through a negotiated settlement based on stipulated facts.  It is further

**ORDERED** that the conference scheduled for May 28, 2020, at 10:30 a.m. is **canceled**.

The Clerk of Court is respectfully directed to close Docket No. 89.

Dated: May 27, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**