UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEN AMERICAN CENTER, INC.,
                                  Plaintiff,                    18 Civ. 9433 (LGS)

                -against-                                ORDER

DONALD J. TRUMP, *in his official capacity as President of the United States*,
                                  Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference is scheduled for July 9, 2020, at 10:50 a.m., to hear oral argument on Defendant's motion to certify the March 24 Opinion & Order for interlocutory appeal and to stay discovery;

      WHEREAS, on June 24, 2020, Plaintiff filed a letter, seeking leave to file a motion for partial summary judgment prior to the close of discovery (Dkt. No. 102), and by Order (Dkt. No. 103), Defendant was directed to file a response to the letter by July 2, 2020.  It is hereby

      **ORDERED** that the oral argument scheduled for July 9, 2020, at 10:50 a.m. is CANCELLED.  The Court will defer addressing Plaintiff's letter, pending the resolution of Defendant's motion to certify the March 24 Opinion & Order for interlocutory appeal and to stay discovery.

Dated: July 1, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE