UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                         :
PEN AMERICAN CENTER, INC.,           :
                              Plaintiff,    :
                                                         :          18 Civ. 9433 (LGS)
                -against-                    :
                                                         :              ORDER
DONALD J. TRUMP,                         :
                                       Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated October 1, 2020, Defendant's motion for interlocutory appeal of the March 24, 2020, Opinion & Order, and a stay of discovery pending resolution of Defendant's petition for an interlocutory appeal, was granted (Dkt. No. 110).  It is hereby

       **ORDERED**, that by **October 22, 2020**, Defendant shall file a status letter apprising the Court of the status of the petition.

Dated: October 16, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE