

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 20, 2020

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    We write respectfully in response to the Court's October 16, 2020 Order directing defendant President Donald J. Trump to file a status letter apprising the Court of the status of his petition for interlocutory appeal. *See* ECF No. 111.

    The petition was filed on October 13, 2020. *PEN American v. Trump*, No. 20-3507 (2d. Cir). Plaintiff's response is due on October 23, 2020.

    We thank the Court for its consideration of this submission.

                                                      Respectfully submitted,
                                                              AUDREY STRAUSS
                                                              Acting United States Attorney
                 By:    */s/ Steven J. Kochevar*
                                                              Steven J. Kochevar
                                                              Assistant United States Attorney
                                                              86 Chambers Street, Third Floor
                                                              New York, NY 10007
                                                               Telephone: (212) 637-2715
                                                               Fax: (212) 637-2717
                                                               Email: steven.kochevar@usdoj.gov

**Cc (By ECF):** Counsel of Record