

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 20, 2020

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

   I write respectfully on behalf of the parties in response to the Court's October 21, 2020 Order directing the parties to file a status letter apprising the Court of the status of defendant's petition for interlocutory appeal. *See* ECF No. 113.

   Defendant's petition was filed on October 13, 2020. *See PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 1. On October 23, 2020, plaintiff filed its opposition to defendant's petition. *PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 15.

   We thank the Court for its consideration of this submission.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          Acting United States Attorney

              By:    /s/ *Steven J. Kochevar*
                                          Steven J. Kochevar
                                          Assistant United States Attorney
                                          86 Chambers Street, Third Floor
                                          New York, NY 10007
                                          Telephone: (212) 637-2715
                                          Fax: (212) 637-2717
                                          Email: steven.kochevar@usdoj.gov

Cc (By ECF): Counsel of Record