

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 18, 2020

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    I write respectfully on behalf of the parties in response to the Court's October 21, 2020 Order directing the parties to file status letters apprising the Court of the status of defendant's petition for interlocutory appeal. *See* ECF No. 113.

    Defendant's petition was filed on October 13, 2020. *See PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 1. On October 23, 2020, plaintiff filed its opposition to defendant's petition. *PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 15. The Court of Appeals has not yet ruled on the petition.

    We thank the Court for its consideration of this submission.

                                                     Respectfully submitted,

                                                    AUDREY STRAUSS
                                                    Acting United States Attorney
By:    /s/ *Steven J. Kochevar*
                                                    Steven J. Kochevar
                                                    Assistant United States Attorney
                                                    86 Chambers Street, Third Floor
                                                    New York, NY 10007
                                                    Telephone: (212) 637-2715
                                                    Fax: (212) 637-2717
                                                    Email: steven.kochevar@usdoj.gov

Cc (By ECF): Counsel of Record