

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 19, 2021

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, New York 10007

     Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    I write respectfully on behalf of the parties in response to the Court's October 21, 2020 Order directing the parties to file status letters apprising the Court of the status of defendant's petition for interlocutory appeal. *See* ECF No. 113.

    Defendant's petition was filed on October 13, 2020. *See PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 1. On October 23, 2020, plaintiff filed its opposition to defendant's petition. *PEN American v. Trump*, No. 20-3507 (2d Cir.), Dkt. No. 15. The court of appeals has not yet ruled on the petition.

    By order dated January 7, 2021, the court of appeals directed the parties to file letter briefs by January 28, 2021, "addressing whether any of the issues in the § 1292(b) petition have been, or will be, rendered moot by the completion of the President's term, and, if not, the basis for this Court's jurisdiction."

    We thank the Court for its consideration of this submission.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                United States Attorney

                   By:    /s/ Benjamin H. Torrance
                                                 Benjamin H. Torrance
                                                 Assistant United States Attorney
                                                 86 Chambers Street, Third Floor
                                                 New York, NY 10007
                                                 Telephone: (212) 637-2703
                                                 Fax: (212) 637-2702
                                                 Email: benjamin.torrance@usdoj.gov

Cc (By ECF): Counsel of Record