

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 27, 2021

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    *PEN American v. Trump*, 18 Civ. 9433 (LGS)

Dear Judge Schofield:

    The undersigned respectfully requests that my appearance in this matter be terminated and that I be eliminated from counsel receiving notice. I have transferred to the Criminal Division of the United States Attorney's Office for the Southern District of New York and, in the event the Court grants the present request, will not be responsible for the above-captioned matter going forward. Other counsel from the United States Attorney's Office, specifically Assistant United States Attorney Benjamin H. Torrance, has filed a notice of appearance and will continue to represent defendant in this matter.

    I thank the Court for its consideration of this submission.

                                   Respectfully submitted,
                                   AUDREY STRAUSS
                                   United States Attorney

               By:    */s/ Steven J. Kochevar*
                        Steven J. Kochevar
                        Assistant United States Attorney
                        300 Quarropas Street
                        White Plains, NY 10601
                        Telephone: (914) 993-1928
                        Email: steven.kochevar@usdoj.gov

**Cc (By ECF)**: Counsel of Record