UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEN AMERICAN CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, <br><br> Defendant. | 18 Civ. 9433 (LGS) <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement agreement between the parties, the parties, by and through their respective counsel, hereby stipulate to the voluntary dismissal of this action without prejudice. The parties agree that neither party will seek vacatur of this court's order on Defendant's motion to dismiss. The parties agree that Plaintiff and Defendant each shall bear its own costs and attorney's fees in connection with this action.

SO STIPULATED AND AGREED.

Dated: February 18, 2021

Respectfully submitted,

Attorneys for Plaintiff

_____
KRISTY PARKER (pro hac vice)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue., NW, #163
Washington, DC 20006
Telephone: (202) 849-9307
Facsimile: (929) 777-8428
kristy.parker@protectdemocracy.org

*(counsel continued on next page)*

Attorneys for Defendant

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Benjamin H. Torrance
BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2703
Fax: (212) 637-2702
benjamin.torrance@usdoj.gov

JOHN LANGFORD (JL-2367)
THE PROTECT DEMOCRACY PROJECT, INC.
555 W. 5th St.
Los Angeles, CA 90013
Telephone: (202) 579-4582
john.langford@protectdemocracy.org

David A. Schulz (DS-3180)
MEDIA FREEDOM AND INFORMATION
ACCESS CLINIC
FLOYD ABRAMS INSTITUTE
FOR FREEDOM OF EXPRESSION
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 850-6103
Fax: (212) 223-1942
david.schulz@yale.edu

Robert Corn-Revere (RC-0359)
Ronald G. London (RL-8734)
Chelsea T. Kelly
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
BobCornRevere@dwt.com
RonnieLondon@dwt.com
ChelseaKelly@dwt.com